No. 16,146.

DES MARTEAU ET AL., DOING BUSINESS AS DES MARTEAU
AND MONTGOMERY *v.* REMINGTON.
(211 P. [2d] 832)

Decided November 14, 1949.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. HASTINGS & LEFFERDINK, Mr. ARTHUR C. GORDON, Mr. J. WOODSON RAILEY, BARBARA LEE, for plaintiffs in error.

Mr. GEORGE M. GIBSON, for defendant in error.